# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 24-CR-00289 |
| ) | |
| MATTHEW M. MOTIL, ) | |
| ) | **ORDER** |
| Defendant. ) | |

Pending before this Court is a Motion to Reassign (Doc. ___). The Motion is granted as this Court finds this matter is related to Case No. 23-cv-1853, *Securities Exchange Commission v. Matthew Motil*, which is pending before Judge James S. Gwin. Therefore, pursuant to Local Rule 57.9(b)(3), this case is transferred to the docket of Judge James S. Gwin.

    IT IS SO ORDERED.

                                                        _____
                                                        Donald C. Nugent
                                                        UNITED STATES DISTRICT JUDGE

Date: _____