# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) JUDGE DONALD C. NUGENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:24-CR-00289 |
| MATTHEW M. MOTIL, | ) |
| | ) **DEFENDANT'S UNOPPOSED** |
| Defendant. | ) **MOTION TO CONTINUE** |
| | ) **SENTENCING** |

[Stamp: GRANTED ___ DENIED X / IT IS SO ORDERED. /s/ Donald C. Nugent 11/14/24, U.S. DISTRICT JUDGE]

Now comes Defendant, Matthew M. Motil ("Mr. Motil"), by and through his counsel, and hereby respectfully move this Court for a brief continuance of his sentencing proceedings to provide adequate time for gathering essential information material to the calculation of loss and restitution and to provide counsel adequate time to prepare for sentencing.

The criminal Information charges Mr. Motil with "devis[ing] and execut[ing] a scheme to defraud investors and obtain their money, and unlawfully enrich himself, by inducing Investors to invest in the Motil Real Estate Companies through promissory notes based on material misrepresentations." Information, ECF No. 1 at PageID #: 2. On September 5, 2024, Mr. Motil pleaded guilty to one count of Wire Fraud, in violation of 18 U.S.C. § 1343, and one count of Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff(a) and 17 C.F.R. § 240.10b-5. Arraignment and Plea Minutes, ECF No. 7; Plea Agreement, ECF No. 10. Sentencing is currently scheduled for December 12, 2024.

In May 2021, certain private investors in Mr. Motil's real estate venture filed suit against him and his affiliated companies, alleging similar allegations to those charged in the Information. As a result of the civil case(s) filed against Mr. Motil in 2022, his real estate properties were placed