
190049836

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

LORI REHN
    Plaintiff

Case No: CV-21-947601

Judge: KATHLEEN ANN SUTULA

INVCLE150, LLC, ET AL
    Defendant

## JOURNAL ENTRY

96 DISP.OTHER - FINAL

JOURNAL ENTRY TO TERMINATE RECEIVORSHIP. OSJ.
COURT COST ASSESSED AS DIRECTED.
PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B). THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES, THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE.

                                              OSJ
                                Judge Signature        Date

FILED
2024 DEC 20 P 1:19
CLERK OF COURTS
CUYAHOGA COUNTY

**DEFENDANT'S EXHIBIT**
**A**
1:24-cr-00289

- 96
12/20/2024

Page 1 of 1

## EXHIBIT A

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| LORI REHN, *et al.*, | Case No. CV-21-947601 |
| Plaintiffs, | Judge Kathleen Ann Sutula |
| v. | |
| INVCLE150, LLC, *et al.*, | **JOURNAL ENTRY** |
| Defendants. | |

      This matter is before the Court upon the motion Zak Burkons, the duly appointed receiver in the above-captioned matter ("<u>Receiver</u>") to terminate the receivership. For good cause shown, the Court finds that the Motion is well-taken and finds as follows:

      1.      The Motion hereby is GRANTED.

      2.      In lieu of a bond in the amount of $100 as required by the Journal Entry of this Court dated January 27, 2022, the Receiver deposited $100 with the Clerk of the Courts as evidenced by the Receiver's Notice of Oath and Bond filed on January 28, 2022, and reflected as RECEIPT NO. 228000000160 on the Court's docket.

      It is therefore ORDERED, ADJUDGED and DECREED, that the Receiver's performance of his duties was in all respects reasonable and in conformity with law and the orders of this Court.

      It is further ORDERED that all reports submitted by the Receiver in this action hereby are approved.

      It is further ORDERED that the Receiver is authorized to pay all administrative costs of the receivership estate, including the fees and expenses of the Receiver and the Receiver's counsel as reflected in the notices and applications to approve such costs and expenses filed in this action.

      It is further ORDERED that the fees earned by the Receiver and the expenses incurred by the Receiver, including the fees and expenses of the Receiver's counsel, are court costs and/or an administrative expense of this action pursuant to R.C. § 2735.04(C).

      It is further ORDERED that the Receiver shall serve his Notice of Surplus and Request to Submit Claims on all known creditors of the defendant Matthew Motil, the Defendant Entities (defined in the Receiver Order), and the Related Entities (defined in

the Receiver Order), via regular and certified U.S. Mail and shall file a notice of service with the Court.

It is further ORDERED that the Receiver shall collect claims for a period of forty-five (45) calendar days from the date such notice of service is filed on the Court's docket.

It is further ORDERED that within seven (7) days of the expiration of the 45-calendar period, the Receiver shall file with the Court a report of any and all claims received, and a proposed distribution of the surplus funds. The Court will consider the proposed distribution for approval.

It is further ORDERED that the Receiver shall distribute the final surplus funds only in accordance with the approval and order of this Court.

It is further ORDERED that, except for as provided herein, the Receiver, the Receiver's counsel and the Receiver's agents are released and discharged from their duties.

It is further ORDERED that the Oath of the Receiver and the security of $100 deposited with the Clerk of the Courts in lieu of a bond, reflected as RECEIPT NO. 228000000160 on the Court's docket, are hereby cancelled and released, and of no further force and effect; and the Clerk of the Courts is hereby ORDERED to return and disburse said $100 to the Receiver at the following address: Zak Burkons, Receiver, 26300 Cedar Rd. Suite 1105, Beachwood, OH 44122.

It is further ORDERED that the Receiver shall be under no obligation to prepare, complete or file tax returns of any kind on behalf of the defendants in this action, or any third-parties having, or claiming to have, an interest in all or any portion of the receivership property.

It is further ORDERED that any and all claims, actions or proceedings against the Receiver, his employees, agents, contractors, consultants, accountants, and attorneys, the receivership estate or otherwise arising in connection with this receivership are forever barred.

It is further ORDERED that this Court retains jurisdiction on any issues pertaining to the receivership.

IT IS SO ORDERED.

This is a final appealable order and there is no just reason for delay.

Dated: 12.20.24

Judge Kathleen Ann Sutula