# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:24-CR-00289 |
| MATTHEW M. MOTIL, | ) | |
| | ) | **DEFENDANT'S UNOPPOSED** |
| Defendant. | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |

GRANTED: _____
DENIED: X
IT IS SO ORDERED.
/s/ Donald C. Nugent 1/7/25
U.S. DISTRICT JUDGE

Now comes the Defendant, Matthew M. Motil ("Mr. Motil"), by and through his counsel, and hereby respectfully moves this Court for a sixty-five (65) day continuance of his sentencing proceedings (to at least April 9, 2025) to provide time for the resolution of the pending related state court civil receivership matter, *Rhen v. INVCLE150, LLC, et al.*, Cuyahoga County, Ohio Court of Common Pleas Case No. CV-21-947601 (the "receivership action"). In the receivership action, the receiver is expected to make final disbursements to unsecured creditors in approximately forty-five (45) days, which could have a material impact on the restitution amounts owed to certain creditors/potential victims here. Moreover, the funds recovered by victims identified in this case via these disbursements may affect the applicability of the certain United States Sentencing Commission Guidelines (the "Guidelines") adjustments. For example, if just one of the five victims alleged to have suffered substantial financial hardship in the Presentence Investigation Report ("PSR") recoups sufficient funds from the disbursement in the receivership action, the corresponding four-point increase could be inapplicable and the applicable Guidelines