# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 24-CR-00289 |
| MATTHEW M. MOTIL, ) | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| Defendant. ) | |

Now comes Defendant, Matthew M. Motil ("Mr. Motil"), by and through his counsel, and hereby respectfully requests this Court grant a continuance of the sentencing hearing scheduled in this case for an additional sixty (60) days from April 9 to June 9, 2025, to allow for the resolution of a number of outstanding issues in both Mr. Motil's bankruptcy case and the receivership case that is before the Court of Common Pleas for Cuyahoga County, Ohio. *Rehn v. INVCLE150, LLC, et al.*, Case No. CV-21-947601 (the "Receivership Case"). Each of these issues will have a material impact on the factors applicable to Mr. Motil's sentencing. While it was expected in January 2025 that these issues would have been resolved before the end of the existing extension, that has not occurred. As detailed below, both cases remain unresolved. As before, this request is unopposed by the Government due to the circumstances.

On November 13, 2024, the defense filed an unopposed motion to continue sentencing pending resolution of the receivership action, which this Court granted on November 14, 2024. The court in the receivership action entered an order on December 20, 2024, granting a motion filed by the Receiver establishing a process to wind down the receivership, including the requirement that the Receiver file a final report with an accounting and a final fee application. The

[Handwritten stamp right margin: DENIED: / GRANTED: X / IT IS SO ORDERED: [signature] 3/27/25 / U.S. DISTRICT JUDGE]

[Handwritten note: Sentencing Re-set @ 10:00 [signature] August 3/27/25]