UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24-CR-00289 |
| | ) | |
| MATTHEW M. MOTIL, | ) | |
| | ) | **DEFENDANT'S UNOPPOSED** |
| Defendant. | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |

[Handwritten notations: "Re-set 7/9/25 @ 8:30 AM"; "GRANTED: IT IS SO ORDERED. X DENIED: Donald C. Nugent 5/29/25 U.S. DISTRICT JUDGE"]

Now comes the Defendant, Matthew M. Motil ("Mr. Motil"), by and through his counsel, and hereby respectfully requests this Court grant a continuance of the sentencing hearing scheduled in this case for an additional thirty (30) days from June 9, 2025, to allow for the resolution of a number of outstanding issues related to both Mr. Motil's bankruptcy case before the United States Bankruptcy Court for the Northern District of Ohio, Case No. 22-10571 (the "Bankruptcy Case") and the Receivership Case before the Court of Common Pleas for Cuyahoga County, Ohio, *Rehn v. INVCLE150, LLC, et al.*, Case No. CV-21-947601 (the "Receivership Case"). These unresolved issues in these related ancillary cases will likely have a material impact on factors applicable to Mr. Motil's sentencing. While counsel hoped these issues would have been resolved before the end of the existing extension, that has not occurred for various reasons set forth herein. As before, this request, after conferring with Government counsel, is unopposed by the Government due to the circumstances. For the reasons set forth in this Motion, Mr. Motil's sentencing should be continued to on or about July 9, 2025.

I. **Summary of Prior Continuance Requests**

On November 13, 2024, the defense filed an unopposed motion to continue sentencing