IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR289 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW MOTIL, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE EXHIBITS UNDER SEAL |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, and Erica D. Barnhill, Assistant United States Attorney, and moves this Court for an order permitting the government to file certain exhibits related to the government's Sentencing Memorandum under seal because they contain confidential victim information which should not be viewable to the public. Accordingly, the government requests that this Court permit leave to file exhibits under seal.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By:  /s/ Erica D. Barnhill
Erica D. Barnhill (OH: 0079309)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3967
(216) 522-2403 (facsimile)
Erica.Barnhill@usdoj.gov