UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24 CR 289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING CONTINUANCE |
| | ) | OF SURRENDER DATE |
| | ) | |
| MATTHEW MOTIL, | ) | |
| | ) | |
| Defendants. | ) | |

  The Defendant, Mr. Motil was sentenced on July 18, 2025 and was permitted to self-surrender to the United States Marshal's Service for his sentence. (ECF #37, 38). It has come to the attention of the Court that, due to an administrative error, Mr. Motil was not timely informed of his original surrender date. Consequently, he requests that his self-surrender date be extended by fourteen days. (ECF #41). The Government does not oppose this request. Therefore, the Court hereby orders that Mr. Motil's surrender date be postponed until September 29, 2025. Mr. Motil shall self-surrender, as instructed by the United States Marshal, on September 29, 2025 at the institution designated by the Bureau of Prisons.

  Mr. Motil additionally requests that the Court "reinforce its recommendation for placement at FCI Lompoe in California. Although the Court can make recommendations at sentencing, it has no authority to dictate where the Bureau will place a prisoner to serve out their term of imprisonment. The Bureau of Prisons has the ultimate power to determine where a defendant's

sentence is served.  The Bureau of Prisons has the discretion to assign a defendant to whatever placement they deem appropriate based on several factors.  These include, but are not limited to, bed availability, security designation, programming needs, mental and physical health needs, any faith based requests, and other security concerns of the Bureau.  To the extent possible, the Bureau generally seeks to place prisoners in a facility as close as practicable to their primary residence, with the goal of placing prisoners no more than 500 driving miles from their residence.  Any further inquiries related to the prison designation should be communicated directly to the Bureau of Prisons through the appropriate channels.

      IT IS SO ORDERED.

                                                                                             /s/ Donald C. Nugent
                                                                               DONALD C. NUGENT
                                                                               United States District Judge

DATE: September 4, 2025